**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL, <br> Petitioner, <br> vs. <br> KATAVICH, Warden, <br> Respondent. | Case No. CV 14-00858-SVW (KES) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: July 7, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1